IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                   CRIMINAL NO. 1:21-cr-00068-HSO-RPM

JUSTIN BOOSE

ORDER TO UNSEAL INDICTMENT AND CASE

Upon Motion of the Acting United States Attorney, the Clerk is directed to unseal the indictment and this case.

SO ORDERED, this the 19th day of July 2021.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE